USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1167 UNITED STATES, Appellee, v. JEFFREY CUNNINGHAM, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Gene Carter, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Lynch, Circuit Judges. ______________ ____________________ Edward E. Eliot on brief for appellant. _______________ ____________________ November 5, 1996 ____________________ Per Curiam. Jeffrey Cunningham pled guilty to one __________ count of credit card fraud and was sentenced to serve eight months in prison followed by a three-year term of supervised release. He now appeals from his sentence. Appellate counsel has filed a brief under Anders v. California, 386 ______ __________ U.S. 738 (1967), explaining why there is no meritorious ground for appeal. Although counsel notified Cunningham of his right to file a supplemental brief, Cunningham has not filed any brief and the deadline for doing so has passed. After fully reviewing the record, we agree that there is no meritorious ground for appeal. We also note that the plea hearing conformed substantially to Rule 11 requirements and that any defect was harmless. See Fed. R. Crim. P. 11(h) ___ (variances from Rule 11 procedures which do not affect substantial rights are to be disregarded).  We affirm appellant's conviction and sentence and ___________________________________________________ grant counsel's motion to withdraw. ___________________________________ -2-